**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA R. CASTRO,<br><br>     Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>     Defendant | Case No.: 2:22-cv-03286-SHK<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,900.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  02/28/2023

_____
THE HONORABLE SHASHI KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE